# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HECTOR TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC,<br><br>    Defendant. | 2:17-cv-01025-JAD-VCF<br>**ORDER** |

  Before the Court is Plaintiff's Emergency Motion to Compel Further Deposition of Percipient Witness Jessica Harbaugh and Motion for Sanctions (ECF Nos. 36 & 37).

  The deadlines to file dispositive motions and the joint pretrial order are stayed pending resolution of the instant motion.

  Accordingly,

  IT IS HEREBY ORDERED that the Plaintiff's Emergency Motion to Compel Further Deposition of Percipient Witness Jessica Harbaugh and Motion for Sanctions (ECF Nos. 36 & 37) will be briefed in the ordinary course.

  DATED this 8th day of January, 2018.

                             _____
                             CAM FERENBACH
                             UNITED STATES MAGISTRATE JUDGE