DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
E-Mail: christensend@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

*Attorneys for Defendant*
*Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and, DOE INDIVIDUALS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01025-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiff HECTOR TORRES ("Plaintiff") by and through his counsel, Kemp & Kemp, and Defendant BELLAGIO, LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 35) and Order Granting Stipulation to Extend Discovery Deadlines (Third Request) (ECF No. 43) by extending the deadline to file dispositive motions as set forth below.

This is the fourth request for an extension to the discovery plan and scheduling order in this matter. The parties' prior requests have sought additional time to conduct discovery which in turn has effected the deadline to file dispositive motions under FRCP 56. This extension does not seek additional time to conduct discovery, and is sought in good faith and not for purposes of delay. The request to extend the deadline is subject to the good standard as the request is made

less 21 days prior to its expiration. LR 26-4. Good cause exist to extend the deadline as several unanticipated interceding events have occurred which necessitates the parties' request.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. LEGAL ARGUMENT**

Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court may, for good cause, extend a deadline if the request is made before the deadline expires. Similarly, under Rule 16(b)(4), a deadline set forth in a scheduling order may be modified for good cause. The good cause inquiry focuses on the moving party's diligence. <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 608-09 (9th Cir. 1992). Although Local Rule 26-4 requires all *motions* to extend a deadline set forth in a scheduling order to be filed no later than 21 days before the expiration of the subject deadline, the underlying rationale of the Local Rule is not implicated here because the parties have entered into the instant stipulation. See <u>Woods v. Quintana</u>, No. 2:13-cv-01314-APG-CWH, 2016 U.S. Dist. LEXIS 50889, at *6 (D. Nev. Apr. 15, 2016) ("Part of the underlying rationale for Local Rule 26-4 is to avoid the situation in which the Court" has to "attempt to decide a motion to extend a deadline before there has been time for the opposing party to respond to the motion.").

Here, good cause exists to extend the dispositive motion deadline by one week from its current deadline of April 27, 2018 to May 4, 2018. The undersigned Counsel for Defendant is currently engaged in trial preparations for another case set on a May 21, 2018 five-week trial stack in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-15-727524-C (the "trial case"). Earlier this week, the trial case and certain parties therein were the subject of extensive national and local news coverage which has continued throughout the week. This event, so close to trial, has necessitated the involvement of Defendant's Counsel.

Further, Defendant's Counsel unexpectedly had to prepare for and participate in a labor arbitration hearing on Thursday, April 19th. Defendant's Counsel will also be participating in hearings on Monday through Thursday of next week for the trial case. Finally, the parties in the trial case will be participating in a required pre-trial exhibit conference next week to settle exhibits and discuss stipulations regarding admissibility. Defendant's Counsel has learned that the

JACKSON LEWIS P.C.
LAS VEGAS

parties will need to discuss the marking and admissibility of at least 470 separate exhibits. In light of this, the conference is likely to span several days.

The aforementioned events have and will make it impossible for Defendant's Counsel to complete drafting of Defendant's dispositive motion by the current deadline of April 27th. Defendant's Counsel has explained the circumstances to Plaintiff's Counsel. Plaintiff's Counsel was understanding and agreed to extend the dispositive motion deadline to May 4, 2018. Accordingly, the parties respectfully request that the dispositive motion deadline be extended by one week from its current deadline of April 27, 2018 to May 4, 2018.

Dated: April 23rd 2018

Respectfully submitted,

/s/ Victoria L. Neal
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No. 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*
*Hector Torres*

Dated: April 23rd 2018

Respectfully submitted,

/s/ Joshua A. Sliker
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS, P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Bellagio, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: April 24, 2018.

HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE