Deverie J. Christensen
Nevada State Bar No. 6596
Joshua A. Sliker
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89109
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant
Bellagio, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HECTOR TORRES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation; ROE Business Organizations I-X; and, DOE INDIVIDUALS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01025-JAD-VCF<br><br>**STIPULATED NOTICE OF SETTLEMENT, REQUEST FOR STAY OF PRE-TRIAL DEADLINES AND STATUS CHECK** |

Plaintiff Hector Torres and Defendant Bellagio, LLC, by and through their respective counsel, hereby file this Stipulated Notice of Settlement, Request for Stay of Pre-Trial Deadlines and Status Check.

Currently, the parties are required to file a Proposed Joint Pre-Trial Order by June 28, 2019 (ECF No. 56). However, the parties reached a resolution of this case following the Settlement Conference conducted by the Honorable Magistrate Judge Ferenbach, on June 18, 2019. The parties are presently preparing the necessary settlement agreement, and require time to conclude the settlement payment prior to filing a stipulation seeking dismissal with prejudice of this entire case.

Accordingly, the parties respectfully request that the Court set a status check 60 days from the date of this filing, or as soon thereafter as is practicable for the Court, to allow the parties time

to complete the settlement and dismissal of this case.

Further, the parties respectfully request that the Court stay all pending deadlines in the Discovery Scheduling Plan and Order (ECF Nos. 16, 27, 35, 43, 45) and the Court's Order dated March 26, 2019 (ECF No. 56) (e.g., deadline to file joint pretrial order, etc.), during the 60 day period prior to the status check, to allow the parties to conclude resolution of this case without incurring additional fees and costs to comply with pre-trial deadlines.

Dated this 25th day of June, 2019.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Deverie J. Christensen* |
| James P. Kemp Bar, No. 6375 | Deverie J. Christensen, Bar No. 6596 |
| Victoria L. Neal, Bar No 13382 | Phillip C. Thompson, Bar No. 12493 |
| 7435 W. Azure Dr., Ste. 110 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89109 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bellagio, LLC* |
| *Hector Torres* | |

## **ORDER**

**IT IS HEREBY ORDERED:**

A status check hearing is scheduled on the following date and time: August 27, 2019, at 10:00 AM. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

IT IS FURTHER ORDERED that all pending deadlines in the Discovery Scheduling Plan and Order (ECF Nos. 16, 27, 35, 43, 45) and the Court's Order dated March 26, 2019 (ECF No. 56) are stayed pending the status check hearing scheduled above.

Dated: June 26, 2019.

_____
UNITED STATES MAGISTRATE JUDGE